IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GRADY RENARD WILLIAMS, JR.,** aka **ABDUL MALIK BEY,** | : <br> : <br> : |
| Plaintiff, | : <br> : Case No. 5:23-cv-00007-MTT-CHW |
| v. | : <br> : |
| **LAWRENCE WHITTINGTON,** | : <br> : |
| Defendant. | : <br> : |

# **ORDER**

*Pro se* Plaintiff Grady Renard Williams, Jr., also known as Abdul Malik Bey, a prisoner at Wilcox State Prison in Abbeville, Georgia, filed a document that was docketed as a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff did not pay the $402.00 filing fee nor did he request leave to proceed without prepayment of the filing fee.

On March 21, 2023, Plaintiff was ordered to recast his complaint on a standard § 1983 form and provided instructions on how to do so. ECF No. 4. Plaintiff was further ordered to either pay the full filing fee or submit a motion to proceed *in forma pauperis* on a standard form along with a certified account statement. *Id*. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of his action. *Id*. Plaintiff failed to comply with the Court's order.

Therefore, on April 18, 2023, the Court notified Plaintiff that he failed to properly respond to an order of the Court. ECF No. 5. Plaintiff was ordered to show cause why

his action should not be dismissed for failure to comply with the Court's order. *Id*. The Court unambiguously informed Plaintiff that his action would be dismissed if he failed to respond. *Id*. Plaintiff was given fourteen (14) days to respond and he has failed to do so.

Due to Plaintiff's failure to follow the Court's Orders and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED,** this 9th day of May, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT