IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GRADY RENARD WILLIAMS, JR.<br>aka ABDUL MALIK BEY,<br><br>Plaintiff,<br>v.<br><br>LAWRENCE WHITTINGTON,<br><br>Defendant.<br>_____ | *<br><br>*<br><br>*   Case No.  5:23-cv-00007-MTT-CHW<br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 9, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 9th day of May, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk